**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| BILLY RAY MANES, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:07-CV-20 |
| | § | |
| JEFFERSON COUNTY CORRECTIONAL, | § | |
| FACILITY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Billy Ray Manes, a former prisoner, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The magistrate judge recommends denying plaintiff's motion for a temporary restraining order.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  The motion for a temporary restraining order is moot because plaintiff has been released from jail.  Therefore, after careful consideration, the court concludes the objections are without merit.

## <u>ORDER</u>

Accordingly, plaintiff's objections are **OVERRULED**.   The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.   Plaintiff's motion for a temporary restraining order is **DENIED**.

SIGNED at Beaumont, Texas, this 17th day of January, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE