| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | | |
|---|---|---|
| BILLY RAY MANES, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:07-CV-20 |
| | § | |
| JEFFERSON COUNTY CORRECTIONAL | § | |
| FACILITY, *et al*., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Billy Ray Manes, a former prisoner, proceeding *pro se*, brought this civil rights

action pursuant to 42 U.S.C. § 1983 against the Jefferson County Correctional Facility, Sheriff

Mitch Woods, Officer Bruce Jackson, and Lieutenant Turner.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United

States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and

orders of this court.  The magistrate judge recommends dismissing the case without prejudice for

want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available

evidence.  No objections to the Report and Recommendation of United States Magistrate Judge

were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 4th day of February, 2008.


_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE